**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BOOK PEOPLE EMPLOYEES ASSOCIATION, INC., a California Corporation,<br><br>    Debtor.<br>_____/<br><br>BOOK PEOPLE EMPLOYEES ASSOCIATION, INC., Debtor-in-Possession,<br><br>    Plaintiff,<br><br>    v.<br><br>BARNES & NOBLE, INC.,<br><br>    Defendant.<br>_____/ | No. C 05-3104 PJH<br>BK Adv. Case No. 04-4350 AJ<br><br>**ORDER VACATING CMC AND SETTING BRIEFING SCHEDULE REGARDING WITHDRAWAL OF REFERENCE** |

    This matter is before this court following the bankruptcy court's July 7, 2005 order recommending withdrawal of the bankruptcy court's reference under 28 U.S.C. § 157(d), pursuant to Bankruptcy L.R. 5011-2(b).

    Defendant is ORDERED to file and serve an opening brief regarding the propriety of withdrawal of the reference **no later than September 15, 2005**. Plaintiff shall file and serve a response within **14 days** of defendant's opening brief. Defendant may file a reply, if any, within **7 days** of plaintiff's response. In addition to the briefs, **the parties should file with this court any pertinent exhibits, including relevant documents and portions**

**of the record previously filed with the bankruptcy court.**

Unless the parties are notified otherwise, the matter will be decided on the papers once it is fully briefed. No hearing will be necessary.

The case management conference currently set for November 3, 2005 is VACATED. This court will set a CMC, if necessary, at the time that it issues an order regarding the withdrawal of the bankruptcy court's reference.

**IT IS SO ORDERED.**

Dated: August 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge