1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   GERALDINE A. FREEMAN, Cal. Bar No. 111483
3  JENNY Y. PARK GARNER, Cal. Bar No. 215319
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone:   415-434-9100
5  Facsimile:   415-434-3947

6  BRYAN CAVE LLP
   ZACHARY B. KASS (NY 2573921)
7  ANDREA K. FISHER (NY 1062819)
   1290 Avenue of the Americas
8  New York, New York 10104
   Telephone:   (212) 541-2000
9  Facsimile:   (212) 541-4630
   (Admitted Pro Hac Vice)
10
   Attorneys for Defendant
11 BARNES & NOBLE, INC.

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | In re:                              | Case No. C 05-3104 PJH
17 | BOOK PEOPLE EMPLOYEES               | Bk Adv. Case No. 04-4350 EDJ
   | ASSOCIATION, INC., a California
18 | corporation,
   |                                     | [~~PROPOSED~~] ORDER GRANTING
19 |             Debtor.                 | EXTENSION OF TIME TO FILE
   |                                     | OPENING BRIEF REGARDING
20 | ─────────────────────────           | WITHDRAWAL OF REFERENCE
   | BOOK PEOPLE EMPLOYEES
21 | ASSOCIATION, INC., Debtor-In-
   | Possession,
22 |
   |             Plaintiff,
23 |
   |     v.
24 |
   | BARNES & NOBLE, INC.,
25 |
   |             Defendant.
26 | ─────────────────────────

27

28

1  Having considered the Stipulation for Order Granting Extension of Time to
2  File Opening Brief Regarding Withdrawal of Reference (the "Stipulation") entered into by
3  plaintiff BOOK PEOPLE EMPLOYEES ASSOCIATION, INC. ("Plaintiff") and
4  defendant BARNES & NOBLE, INC. ("Defendant"), and good cause appearing therefor,

6  IT IS ORDERED THAT:
7  1. The Stipulation is hereby GRANTED;
8  2. The deadline for Defendant to file and serve an opening brief
9  regarding the propriety of withdrawal of the reference is extended up to and including
10  September 26, 2005;
11  3. Plaintiff shall file and serve a response within 14 days of Defendant's
12  opening brief, the deadline for which is extended herein; and
13  4. Defendant may file a reply, if any, within 7 days of Plaintiff's
14  response.

16  Dated: September 15, 2005

_____
The Honorable Phyllis J. Hamilton
United States District Judge

1  Having considered the Stipulation for Order Granting Extension of Time to
2  File Opening Brief Regarding Withdrawal of Reference (the "Stipulation") entered into by
3  plaintiff BOOK PEOPLE EMPLOYEES ASSOCIATION, INC. ("Plaintiff") and
4  defendant BARNES & NOBLE, INC. ("Defendant"), and good cause appearing therefor,

6  IT IS ORDERED THAT:
7  1. The Stipulation is hereby GRANTED;
8  2. The deadline for Defendant to file and serve an opening brief
9  regarding the propriety of withdrawal of the reference is extended up to and including
10 September 26, 2005;
11 3. Plaintiff shall file and serve a response within 14 days of Defendant's
12 opening brief, the deadline for which is extended herein; and
13 4. Defendant may file a reply, if any, within 7 days of Plaintiff's
14 response.

16 Dated: September ___, 2005

The Honorable Phyllis J. Hamilton
United States District Judge

Approved to to form:
9/9/05  [signature]
C. Randall Bupp
Attorney for Plaintiff

-2-
ORDER GRANTING STIPULATION FOR EXTENSION
Case No. C 05-3104 PJH