1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   GERALDINE A. FREEMAN, Cal. Bar No. 111483
3  JENNY Y. PARK GARNER, Cal. Bar No. 215319
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:   415-434-9100
5  Facsimile:   415-434-3947

6  BRYAN CAVE LLP
   ZACHARY B. KASS (NY 2573921)
7  ANDREA K. FISHER (NY 1062819)
   1290 Avenue of the Americas
8  New York, New York 10104
   Telephone:   (212) 541-2000
9  Facsimile:   (212) 541-4630
   (Admitted Pro Hac Vice)
10
   Attorneys for Defendant
11 BARNES & NOBLE, INC.

12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | In re:                                   | Case No. C 05-3104 PJH
17 | BOOK PEOPLE EMPLOYEES                    | Bk Adv. Case No. 04-4350 EDJ
   | ASSOCIATION, INC., a California
18 | corporation,                             | [~~PROPOSED~~] ORDER GRANTING
19 |            Debtor.                       | EXTENSION OF TIME TO FILE
   |                                          | OPENING BRIEF REGARDING
20 |——————————————————————                    | WITHDRAWAL OF REFERENCE
   | BOOK PEOPLE EMPLOYEES                    | AND FOR TEMPORARY STAY OF
21 | ASSOCIATION, INC., Debtor-In-            | CASE PROCEEDINGS
   | Possession,
22
   |            Plaintiff,
23
   |       v.
24
   | BARNES & NOBLE, INC.,
25
   |            Defendant.
26

27

28

-1-

1  Having considered the Stipulation for Order Granting Extension of Time to
2  File Opening Brief Regarding Withdrawal of Reference and for Temporary Stay of Case
3  Proceedings (the "Stipulation") entered into by plaintiff BOOK PEOPLE EMPLOYEES
4  ASSOCIATION, INC. ("Plaintiff") and defendant BARNES & NOBLE, INC.
5  ("Defendant"), and good cause appearing therefor,

7  IT IS ORDERED THAT:
8  1. The Stipulation is hereby GRANTED;
9  2. The deadline for Defendant to file and serve an opening brief
10 regarding the propriety of withdrawal of the reference is extended up to and including
11 October 26, 2005;
12 3. All proceedings in this case shall be stayed until October 26, 2005.

14 Dated: September ___, 2005

_____
The Honorable Phyllis J. Hamilton
United States District Judge

18 Approved as to form:
19 Bardellini, Straw & Cavin, LLP

21 By:   (See attached.)
22       C. Randall Bupp,
         Attorneys for Plaintiff
23 Book People Employees Association, Inc.

24 Dated: September 26, 2005

Having considered the Stipulation for Order Granting Extension of Time to File Opening Brief Regarding Withdrawal of Reference and for Temporary Stay of Case Proceedings (the "Stipulation") entered into by plaintiff BOOK PEOPLE EMPLOYEES ASSOCIATION, INC. ("Plaintiff") and defendant BARNES & NOBLE, INC. ("Defendant"), and good cause appearing therefor,

IT IS ORDERED THAT:

1. The Stipulation is hereby GRANTED;

2. The deadline for Defendant to file and serve an opening brief regarding the propriety of withdrawal of the reference is extended up to and including October 26, 2005;

3. All proceedings in this case shall be stayed until October 26, 2005.

Dated: September 28, 2005

_____
The Honorable Phyllis J. Hamilton
United States District Judge

**FINAL EXTENSION!**

Approved as to form:

Bardellini, Straw & Cavin, LLP

By: _____
C. Randall Bupp,
Attorneys for Plaintiff
Book People Employees Association, Inc.

Dated: September 26, 2005

-2-

WO-SFI-PA\6146976.2

ORDER GRANTING STIPULATION
Case No. C 05-3104 PJH