United States District Court
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: BOOK PEOPLE EMPLOYEES ASSOCIATION, INC., a California Corporation,

    Debtor.
_____/

BOOK PEOPLE EMPLOYEES ASSOCIATION, INC., Debtor-in-Possession,

    Plaintiff,

v.

BARNES & NOBLE, INC.,

    Defendant.
_____/

No. C 05-3104 PJH
BK Adv. Case No. 04-4350

**ORDER RE: FURTHER REQUEST TO CONTINUE BRIEFING ON DEFENDANT'S MOTION TO WITHDRAW REFERENCE**

    This matter is before the court following the bankruptcy court's July 7, 2005 order recommending withdrawal of its reference under 28 U.S.C. § 157(d), pursuant to defendant's motion. On August 15, 2005, this court ordered defendant to file its opening brief no later than September 15, 2005. Subsequently, this court has granted the defendant two additional extensions of time to file its opening brief. In its last order granting an extension, filed September 28, 2005, the court admonished the parties that it would grant no further extensions. Accordingly, defendant's opening brief was due no later than October 26, 2005.

    Defendant failed to file the brief; and, on October 26, 2005, notified the court that it did

1  not intend to file its brief in connection with the motion to withdraw the bankruptcy court's
2  reference.  Defendant notified this court that it had settled its claims with plaintiff, and is
3  awaiting bankruptcy court approval.  In the October 26, 2005 notice, the parties asked this
4  court to stay these proceedings for thirty days pending bankruptcy court approval, after which
5  the parties will dismiss the case with prejudice.

6        The court hereby GRANTS the request to continue the briefing schedule.  However, the
7  continuance is not without limits.  The parties shall file and serve a stipulation of dismissal with
8  this court **no later than November 28, 2005.**  Otherwise, defendant is ORDERED to file and
9  serve its opening brief no later than **November 28, 2005**.  Plaintiff shall file and serve its
10 opposition **ten days** after defendant's opening brief.  Defendant may file and serve a reply, if
11 any, within **five days** of plaintiff's opposition.

12       **IT IS SO ORDERED.**

14 Dated: November 8, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2