1  C. RANDALL BUPP, ESQ.  (SB# 065345)
   **BARDELLINI, STRAW & CAVIN, LLP**
2  2000 Crow Canyon Place, Suite 330
   San Ramon, California 94583
3  Tele: (925) 277-3580
   Fax: (925) 277-3591

Attorneys for Debtor
BOOK PEOPLE EMPLOYEES ASSOCIATION, INC.,
a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOK PEOPLE EMPLOYEES ASSOCIATION, INC., DEBTOR-IN-POSSESSION, | CASE NO.  C 05-3104 PJH |
| | (U.S. Bk. Court, Ch. 11 Case No. 04-4350) |
| Plaintiff, | **ORDER RE: DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |
| vs. | |
| BARNES & NOBLE, INC., a corporation | |
| Defendants. | |

The Court having read and considered the stipulation of the parties to dismissal of the above-referenced Adversary Proceeding, and the United States Bankruptcy Court hearing the Chapter 11 bankruptcy case of BOOK PEOPLE EMPLOYEES ASSOCIATION, INC. having approved settlement between the parties of claims between them, including but not limited to those asserted in said proceeding, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-referenced Adversary Proceeding be and hereby is dismissed with prejudice.

Dated this 9th day of  November   2005       _____
                                             Judge of the US District Court, Northern Dist.

1
**ORDER RE: DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**